FISHER *v.* THE STATE. Two cases.

ERROR to the *Gibson* Circuit Court.

*Per Curiam.*—These cases were submitted on the same brief and involve the same principle of the case of *Willard* v. *The State*, *supra;* and for the reasons there given, are affirmed with costs.